UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
ROBERT SPANN,                       :
                                    :
        Plaintiff,                  :   Civ. No. 15-1561 (NLH)
                                    :
     v.                             :   OPINION and ORDER
                                    :
MS. LACROCE,                        :
                                    :
        Defendant.                  :
_____:

APPEARANCES:
Robert Spann, #291048C/834319
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302
    Plaintiff Pro se

   Plaintiff Robert Spann, an inmate currently confined at South Woods State Prison in Bridgeton, New Jersey, brings this civil rights action pursuant to 42 U.S.C. § 1983 and submits an application to proceed in forma pauperis. The Court finds that Plaintiff has submitted a complete application to proceed in forma pauperis and grants leave to proceed without prepayment of fees. See 28 U.S.C. § 1915. This case is subject to sua sponte screening by the Court, and the Complaint will be screened in due course. See 28 U.S.C. §§ 1915(e)(2)(B).

   IT IS therefore on this 31st day of March, 2015,

   ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Clerk of the Court shall file the Complaint; and it is further

ORDERED that SUMMONS SHALL NOT ISSUE, at this time, as the Court's sua sponte screening has not yet been completed; and it is further

ORDERED that that the time to serve process under F<small>ED</small>. R. C<small>IV</small>. P. 4(m) is hereby extended to the date 120 days after the Court permits the Complaint to proceed; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

        __s/ Noel L. Hillman_____
        NOEL L. HILLMAN
        United States District Judge

At Camden, New Jersey